UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF FLORIDA

MISC NO. 19mj6281-PMH

| | | |
|---|---|---|
| IN RE CRIMINAL COMPLAINT | § | (UNDER SEAL) |

## ORDER TO SEAL

The United States of America, having applied to this Court for an Order sealing the Criminal Complaint and the Supporting Affidavit, the Arrest Warrant, the Bond Recommendation form, this Motion to Seal and the Order to Seal, and the Court finding good cause:

IT IS HEREBY ORDERED that the Criminal Complaint and the Supporting Affidavit, the Arrest Warrant, the Bond Recommendation form, this Motion to Seal and the Order to Seal shall be filed under seal until the arrest of the defendant, or until June 3, 2020, however, the United States Attorney's Office may obtain copies for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this 4th day of June 2019.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE


cc:   AUSA Donald F. Chase, II