# COURT MINUTES

## United States Magistrate Judge Alicia O. Valle

**Courtroom 110**     Date: 7/30/2019     Time: 11:00 a.m.

**Defendant:** Patrick Ranieri(J)     **J#:** 20346-104     **Case #:** 19-6281-PMH
**AUSA:** Donald Chase     **Attorney:** Frank Gaviria, ESQ.
**Violation:** Possession with Intent to Distribute Fentanyl
**Proceeding:** Initial Appearance     **CJA Appt:**
**Bond/PTD Held:** ☑ Yes  ☐ No     **Recommended Bond:** Detention
**Bond Set at:** $100k 10% Cash     **Co-signed by:** Wilbe-Adair Ranieri

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as _directed_/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☑ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☑ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☑ No contact with victims/witnesses / co-defendants
- ☑ No firearms
- ☑ Not to encumber property
- ☑ May not visit transportation establishments
- ☑ Home Confinement/Electronic Monitoring and/or (house arrest) Curfew ____ pm ____ am, paid by defendant
- ☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to: SDFL
- ☑ Other: Firearm to be removed from home; landline to be installed at residence

**Language:** English

**Disposition:** Defendant present. Advised of rights and charges. Government's motion to unseal - granted - Notice of appearance filed in open court - Defendant to be released per court - Bond to be posted by COB (4pm) 7-31-2019 - No international travel

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:
**Report RE Counsel:**
**PTD/Bond Hearing:**
**Prelim/Arraign or Removal:** ~~8/13/2019 @ 11:00am Seltzer~~  8/20/2019 @ 11am Seltzer
**Status Conference RE:**
**D.A.R.** 11:09:57 Advised of rights; 11:25:44     **Time in Court:** 15 mins

**CHECK IF APPLICABLE:** ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

5