UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: PATRICK RANIERI (B)#  
CASE NO: 19-60234-CR-MOORE  
AUSA: DON CHASE (DUTY AUSA B. BROWN) ✓  
ATTY: FRANK GAVIRIA ✓  
USPO:  
VIOL: 21:U.S.C. § 841  

PROCEEDING: ARRAIGNMENT  
RECOMMENDED BOND:  

BOND/PTD HEARING HELD - yes / no  
COUNSEL APPOINTED:  
BOND SET @:  
To be cosigned by:  

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

Reading of Indictment Waived  
Not Guilty plea entered  
Jury trial demanded  
Standing Discovery Order requested

A-ARR SDO-Will BE ENTER

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD**/BOND HEARING: | | | | |
| PRELIM/**ARRAIGN** OR REMOVAL: | | | | |
| STATUS RE EXTRADITION/HRG: | | | | |

DATE: 8/20/19   TIME: 11:00 AM   FTL/TAPE/# BSS- {5MPAS}   Begin DAR:

2

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO) DAR:

11:05:16