UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-CR-60234 MOORE

UNITED STATES OF AMERICA,

vs.

PATRICK RANIERI,

     Defendant.

_____/

**SENTENCING MINUTES**
DATE:  November 22, 2019
TIME:  15 Minutes

| | |
|---|---|
| Clerk: | Robin Godwin |
| Reporter: | Vernita Allen-Williams |
| AUSA: | Robert Juman, for Donald Chase |
| Deft. Counsel: | Frank J. Gaviria and Andrea Cunill |
| Interpreter: | None |
| Motion: | [22] Defendant's Motion for Downward Departure:  DENIED |

## JUDGMENT AND SENTENCE

| | |
|---|---|
| Imprisonment: | 57 Months as to each of Counts 1-4, to be served concurrently. |
| Supervised Release: | 3 Years as to each of Counts 1-4, to run concurrently; special conditions as set forth in Part F of the Pre-sentence Investigation Report. |
| Assessment | $   400.00 |
| Fine | $20,000.00 |

**Remanded to USM**

| | |
|---|---|
| Recommendations: | Designation to a facility as close as possible to family in South Florida
Participation in the RDAP Program, if and when eligible |