UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-60234-CR-MOORE

UNITED STATES OF AMERICA,

v.

PATRICK RANIERI,

Defendant.

_____/

### UNITED STATES OF AMERICA'S FEDERAL RULE OF CRIMINAL PROCEDURE RULE 35 (B)(2) MOTION FILED ON BEHALF OF THE DEFENDANT TO REDUCE HIS SENTENCE

The United States of America, by and through the undersigned Assistant United States Attorney, files this motion, pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure to seek a reduction from this Court of the defendant's sentence based upon substantial assistance he has provided to law enforcement.   In support thereof, the following is shown:

### OFFENSES OF CONVICTION

Patrick Ranieri (Ranieri) sold prescription Fentanyl Lollipops to an undercover detective during four transactions that were recorded.   These transactions led to the filing of two conspiracy and four substantive offenses.

### Conspiracy to Possess with the Intent to Distribute Fentanyl and Oxycodone
(Counts 1 and 2)

The Fentanyl Lollipops possession with the intent to distribute conspiracy set forth in Count 1 of the Indictment and the Oxycodone possession with the intent to distribute conspiracy charged in Count 2 of the Indictment involved the substantive offenses explained herein.

### March 26, 2019 Sale of 30 Fentanyl Lollipops for $960
(Count 3)

Fentanyl lollipops are a common term for Teva Pharmaceutical Fentanyl lozenges.   Each

lozenge contains a dosage of Fentanyl suspended in a sugar solution on a stick. The Fentanyl lozenges that the UC arranged to purchase contained 400mcg of Fentanyl suspended in two (2) grams of sugar in each unit.   Oral Transmucosal Fentanyl Citrate lozenges are only available through the Transmucosal Immediate-Release (TIRF) Risk Evaluation and Mitigation (REMS) Access program.   Teva Pharmaceutical lozenges are a Schedule II narcotic that can only be legally obtained by prescription from a licensed medical physician.   Schedule II narcotics have a high potential for abuse, with use potentially leading to severe psychological or physical dependence. The only FDA-approved use for TIRF medicines is to manage breakthrough pain in adults with cancer.   Oral Transmucosal Fentanyl Citrate lozenges can only be legally obtained by prescription from a licensed doctor that is registered with USDA to distribute TIRF.

On or about March 25, 2019, Broward County Sheriff Office (BSO) Detective Frank Sanchez, working in an undercover (UC) capacity, arranged to purchase a sealed box containing 30 units of Fentanyl lollipops from Patrick Ranieri (Ranieri).   The UC agreed to pay $32 for each of the 30 lollipops for a total purchase price of $960.   A meeting was scheduled to occur at the Walgreens parking lot in Dania Beach, Broward County, Florida on or about March 26, 2019.

On or about March 26, 2019, law enforcement established surveillance at the Dania Beach Walgreens previously mentioned. The UC called to inform Ranieri that the UC was ready to meet. Ranieri told the UC he would be driving a black Hyundai coupe.

A short time later, law enforcement conducting surveillance observed Ranieri walk out of the Walgreens carrying a white Walgreens plastic shopping bag and enter the passenger side of the UC's vehicle.   The UC and Ranieri spoke about the purchase and about future purchases. According to the UC, Ranieri stated the sealed box of Fentanyl lollipops were procured by a friend who gets them from a Walgreens pharmacy on Commercial Boulevard.   After the UC paid Ranieri approximately $960 for the Fentanyl, Ranieri said he had two more boxes of Fentanyl to sell if the

UC was interested in buying.

The box of 400 mcg Oral Transmucosal Fentanyl Citrate lozenges sold to the UC by Ranieri was manufactured by Teva Pharmaceuticals and had a National Drug Code (NDC) number of 00093-7866-65.   According to official databases maintained by the DEA, this NDC number indicated that four boxes of 400 mcg Oral Transmucosal Fentanyl Citrate lozenges were shipped on or about March 1, 2019 to a Walgreens pharmacy located at 601 East Commercial Boulevard, Oakland Park, Broward County, FL 33334.   Based upon Ranieri's statement during the March 26, 2019 transaction that his supplier used a Walgreens pharmacy on Commercial Boulevard to obtain the Oral Transmucosal Fentanyl Citrate lozenges Ranieri sold to the UC, research conducted established that three Walgreens pharmacies are located on Commercial Boulevard in Broward County.   According to records maintained by Walgreens, the Walgreens pharmacy located at 601 East Commercial Boulevard is the only Walgreens pharmacy on Commercial Boulevard to dispense boxes of Oral Transmucosal Fentanyl Citrate lozenges during the dates of the conspiracy charged herein.   Regarding the March 26, 2019 transaction, the Walgreens pharmacy located at 601 East Commercial Boulevard dispensed on March 1, 2019 two boxes of 400 mcg Oral Transmucosal Fentanyl Citrate lozenges to Gregory Leri (Leri).

April 23, 2019 Sale of 60 Fentanyl Lollipops for $1,860
(Count 4)

On or about April 23, 2019, Ranieri subsequently sold the UC one (1) box of 30 400mcg pops for $32 each and one (1) box of 30 600mcg pops for $30 each for a total purchase price of $1,860 at 1602 South 17th Avenue, Hollywood, Broward County, Florida.

Regarding the April 23, 2019 transaction, the Walgreens pharmacy located at 601 East Commercial Boulevard dispensed four boxes of 600 mcg Oral Transmucosal Fentanyl Citrate lozenges to Leri on or about April 16, 2019.   A Walgreens Asset Protection Manager for the

Walgreens pharmacy located at 601 East Commercial Boulevard agreed that future boxes of Oral Transmucosal Fentanyl Citrate lozenges dispensed to Leri would be marked for later identification by DEA.

### June 7, 2019 Sale of 60 Fentanyl Lollipops for $1,800
### (Count 5)

On or about June 7, 2019, Ranieri sold the UC two boxes of Fentanyl lollipops for $1,800 at the Walgreens parking lot in Dania Beach.   An examination of the boxes revealed that one of the two boxes purchased contained the identification mark made by Walgreens on the 600 mcg Oral Transmucosal Fentanyl Citrate lozenges dispensed to Leri on May 30, 2019.

### July 29, 2019 Attempted Sale of 90 Fentanyl Lollipops That Ended With Ranieri's Arrest
### (Count 6)

On or about July 25, 2019, the UC received a text from Ranieri stating: "My friend just called me and informed me his doctor is keeping him at 600 with the pops. I'll have the next batch on Monday (July 29, 2019).   Just wanted to let you know.   And, of course, if you get three boxes there is a substantial discount."

On or about July 29, 2019, Ranieri was arrested pursuant to a sealed federal criminal complaint when he arrived to meet the UC at the Dania Beach Walgreens where Ranieri expected to sell the UC additional boxes of Fentanyl lollipops.   Ranieri had in his possession three (3) boxes of 600mcg Fentanyl lollipops.

## BASIS FOR RULE 35 MOTION

After being advised of his *Miranda* rights and freely and voluntarily waiving the same, Ranieri confessed to paying his supplier Leri $300 per box to acquire and then resale to the UC at $900 a box the five (5) boxes of Fentanyl lollipops sold to the UC and the three (3) boxes of Fentanyl lollipops Ranieri intended to sell to the UC on the day of his arrest.   Leri was eventually indicted for nine (9) drug trafficking offense in case number 19--60265-CR-DIMITROULEAS-the

six (6) regarding the Fentanyl lollipops sold by Ranieri to the BSO UC described above and the three (3) additional crimes discussed below.

August 8, 2019 Sale by Maria DeLuise of 81 Oxycodone Pills for $1,560
(Count 7)

On or about August 7, 2019, Ranieri arranged for BSO Detective Frank Sanchez, working in an undercover (UC) capacity, to purchase Oxycodone from Maria DeLuise (DeLuise).

On or about August 8, 2019, DeLuise walked over to Ranieri for a meeting at the Walgreens parking lot in Dania Beach.  Ranieri introduced the UC to DeLuise.  Ranieri explained to DeLuise that the UC was his primary customer and that the UC was the individual that had purchased Fentanyl lollipops previously.  DeLuise gave the UC a prescription bottle containing approximately 87 Oxycodone 30 mg pills with a label showing the person prescribed the medication was DeLuise.  The UC paid DeLuise $1,560. The UC and DeLuise exchanged telephone numbers.

August 22, 2019 Attempted Sale of 90 Fentanyl Lollipops and 60 Oxycodone Pills
That Ended With the Arrests of Leri and Deluise
(Counts 8 and 9)

On or about August 18, 2019, Ranieri received a call from Leri.   Leri told Ranieri that he (Leri) would be obtaining and then selling Fentanyl lollipops. Ranieri told Leri that he/she would not be available and instructed Leri to call the UC.   Ranieri contacted the UC to inform the UC about the telephone conversation with Leri.   The UC placed a telephone call to the telephone number provided by DeLuise.   A male answered the telephone and introduced himself as Greg. Leri stated that DeLuise was trying to contact the UC about selling some "berries," a common street term used for Oxycodone pills. Leri further stated that he would have the "pops" meaning the Fentanyl lollipops available the following day.

On or about August 22, 2019, the UC received telephonic communications setting the

Page **5** of **7**

purchase price at $2,400 to buy four boxes of Fentanyl lollipops and 60 Oxycodone 30 mg pills and instructing the UC to meet them (DeLuise and Leri) at the parking lot of the Chili's restaurant located at 5363 Sheridan Street, Hollywood, Broward County, Florida.   On that same date, at approximately 11:18 AM, agents and officers conducting surveillance observed Leri and DeLuise arrived in a black Pontiac Firebird and park.   DeLuise exited the passenger side of the vehicle, with two bags in her possession, and walked to and then entered the UC's vehicle.   After being shown the Fentanyl lollipops and the Oxycodone pills, the UC made a partial payment to DeLuise and excused himself from his vehicle to retrieve the balance owed.   The arrest signal was given and DeLuise and Leri were taken into custody without incident.   A search of the bags revealed a prescription bottle containing approximately 60 Oxycodone 30 mg pills with a label showing the person prescribed the medication was Greg Leri and four sealed boxes of Teva Pharmaceutical Fentanyl Lozenges that were dispensed to Greg Leri by the Walgreens pharmacy located at 601 East Commercial Boulevard in Oakland Park.   On or about August 22, 2019, a Walgreens Asset Protection Manager notified DEA that Leri's prescription for four boxes of 600 mcg Oral Transmucosal Fentanyl Citrate lozenges was picked up at approximately 10:56 AM on or about August 22, 2019.

Leri and DeLuise pled guilty before Judge Dimitrouleas.   Leri was sentenced to 78 months' imprisonment.   The minor participant DeLuise was sentenced to a term of incarceration of 36 months.

STATE OF FLORIDA ARREST

Ranieri's cooperation also led to the arrest and conviction of Sidney Glick for selling 119 prescription pills (60 Oxycodone and 59 Percocet) to a BSO UC during a transaction that was recorded.

DEFENDANT'S PROJECTED RELEASE DATE FROM BOP CUSTODY

The Bureau of Prisons web site projects Ranieri's release date as December 6, 2022.

GOVERNMENT'S RECOMMENDED DISPOSITION OF RULE 35(b)(2) MOTION

While he was never required to testify, the strength of the evidence Ranieri helped developed secured guilty pleas in two cases involving all three defendants charged.   Ranieri's assistance went to the extreme of wearing a leg cast and remembering to limp with the proper leg to extricate himself from the investigation of Leri.

Based upon the foregoing, the Government recommends this Court grant this Rule 35 motion and reduce Ranieri's sentence by thirty-three percent (33%) from 57 to 38 months' imprisonment.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:      s/Donald F. Chase, II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500077
500 E. BROWARD BLVD., SUITE 700
FT. LAUDERDALE FL 33394
TEL. NO. (954) 660-5693
FAX NO. (954) 356-7336
E-MAIL: donald.chase@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of June 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Donald F. Chase, II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY