UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 19-CR-60234-KMM-1

      **Plaintiff,**

vs.

**PATRICK RANIERI,**

      **Defendant.**
_____/

**DEFENDANT, PATRICK RANIERI'S
RESPONSE IN AGREEMENT WITH THE GOVERNMENT'S MOTION FOR
REDUCTION OF SENTENCE PURSUANT TO FED.R.CRIM.P. 35**

**COMES NOW** the Defendant, **PATRICK RANIERI**, by and through his undersigned counsel, and presents herewith, his Response in Agreement with the Government's Motion for Reduction of Sentence pursuant to Fed.R.Crim.P. 35, and states as follows:

1. On June 17, 2021, the Government filed its "Federal Rule of Criminal Procedure Rule 35(b)(2) Motion Filed on Behalf of the Defendant to Reduce his Sentence," therein recommending a reduction of the Defendant's sentence by thirty-three percent (33%) from 57 to 38 months' imprisonment. [D.E. 35]

2. The Defendant respectfully advises this Honorable Court that he is fully in agreement with the sentence reduction recommended by the Government in its motion.

3. The within response in agreement is filed in the utmost of good faith and in the interest of justice.

Respectfully submitted,

FRANK J. GAVIRIA, P.A.
14 N.E. 1st Avenue, Suite #300
Miami, Florida 33132
Telephone: (305) 379-4441
Facsimile: (786) 509-8088
Email: thefloridalawyer@yahoo.com
(Counsel for Defendant, *Patrick Ranieri*.)

/s/ ***Frank J. Gaviria***
Frank J. Gaviria, Esq.
Fla. Bar No. 979058

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of June, 2021. I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

FRANK J. GAVIRIA, P.A.
14 N.E. 1st Avenue, Suite #300
Miami, Florida 33132
Telephone: (305) 379-4441
Facsimile: (786) 509-8088
Email: thefloridalawyer@yahoo.com
(Counsel for Defendant, *Patrick Ranieri*.)

/s/ ***Frank J. Gaviria***
Frank J. Gaviria, Esq.
Fla. Bar No. 979058

## SERVICE LIST

**United States of America v. Patrick Ranieri**
**Case No. 19-CR-60234-KMM-1**
**United States District Court, Southern District of Florida**

Donald F. Chase, II, A.U.S.A.
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33394
Telephone: (954) 660-5693
E-mail: donald.chase@usdoj.gov