UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60234-CR-KMM

UNITED STATES OF AMERICA

   Plaintiff,

vs.

PATRICK RANIERI,

   Defendant.
_____/

## SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT

  Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties Judgment regarding assessment/fine/restitution imposed on November 21, 2019, against Patrick Ranieri. The Clerk of the United States District Court of Southern Florida is authorized and empowered to satisfy and cancel said Judgment of record.

            Respectfully submitted,

            JUAN ANTONIO GONZALEZ
            UNITED STATES ATTORNEY

    BY:  */s/ Lauren Bluestein*
        Lauren Bluestein
        Assistant U.S. Attorney
        99 NE 4th Street, Suite 300
        Miami, FL 33132-2111
        Fla. Bar No. 95889
        Tel: (305) 961-9323
        E-mail:lauren.bluestein@usdoj.gov